# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JULIE GOGGIN, et al._____ ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-06188 (MKB) (RLM) |
| JETBLUE AIRWAYS CORPORATION,_ ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JetBlue Airways Corporation.

Date: 03/29/2021

/s/ Raymond L. Mariani
*Attorney's signature*

Raymond L. Mariani (RM 2077)
*Printed name and bar number*
Leader Berkon Colao & Silverstein LLP
630 Third Avenue
New York, NY 10017

*Address*

rmariani@leaderberkon.com
*E-mail address*

(212) 486-2400
*Telephone number*

(212) 486-3099
*FAX number*