| | |
|---|---|
| ROANNE L. MANN<br>UNITED STATES MAGISTRATE JUDGE | DATE: May 3, 2021<br>START: 12:00 p.m.<br>END: 1:00 p.m. |

**DOCKET NO:** 20-cv-6118 (MKB)

**CASE** Goggin et al v. Jet Blue Airways Corporation

| | | | |
|---|---|---|---|
| X | INITIAL CONFERENCE | ☐ | OTHER/*CHEEKS* HEARING |
| ☐ | DISCOVERY CONFERENCE | ☐ | FINAL/PRETRIAL CONFERENCE |
| ☐ | SETTLEMENT CONFERENCE | X | TELEPHONE CONFERENCE |
| ☐ | MOTION HEARING | ☐ | INFANT COMPROMISE HEARING |

**PLAINTIFFS**

**ATTORNEY**

| |
|---|
| Roger Archibald |

**DEFENDANT**

**ATTORNEY**

| |
|---|
| Raymond L. Mariani |
| Arthur Willner |

X  FACT DISCOVERY TO BE COMPLETED BY  October 29, 2021
☐  SETTLEMENT CONFERENCE SCHEDULED FOR
☐  JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY
☐  PL. TO SERVE DEF. BY:          DEF. TO SERVE PL. BY:

**RULINGS:  PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

Plaintiffs must provide executed HIPAA authorizations by May 7, 2021. Fact discovery must be completed by October 29, 2021. The Court defers setting a schedule for expert discovery and requests for a premotion conference. By June 2, 2021, the parties must file a joint letter-motion requesting a settlement conference or, if they have already agreed in principle to settle the case, requesting that the remaining schedule be held in abeyance while they finalize closing documents.