**ROANNE L. MANN**  
**UNITED STATES MAGISTRATE JUDGE**

**DATE:** August 13, 2021  
**START:** 2:00 p.m.  
**END:** 5:00 p.m.

**DOCKET NO:** 20-cv-6188 (MKB)

**CASE** Goggin et al v. Jet Blue Airways Corporation

☐ INITIAL CONFERENCE ☐ OTHER/*CHEEKS* HEARING
☐ DISCOVERY CONFERENCE ☐ FINAL/PRETRIAL CONFERENCE
X SETTLEMENT CONFERENCE X TELEPHONE CONFERENCE
☐ MOTION HEARING ☐ INFANT COMPROMISE HEARING

**PLAINTIFF**

| | ATTORNEY |
|---|---|
| | Roger V Archibald, plaintiff also present |

**DEFENDANT**

| | ATTORNEY |
|---|---|
| | Arthur Willner and Raymond L. Mariani; Laura Robgers (in-house counsel) and Stephan Fisher (Allianz) also present |

☐ FACT DISCOVERY TO BE COMPLETED BY
☐ SETTLEMENT CONFERENCE SCHEDULED FOR
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY
☐ PL. TO SERVE DEF. BY: DEF. TO SERVE PL. BY:

**RULINGS:** PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Settlement discussions held. Each party is directed to respond to the Court's settlement recommendation, via email, by 5:00 p.m. on Monday, August 16, 2021.