UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
JULIE GOGGIN, EVAN GOGGIN AND CG      Case No.: 1:20-cv-6188-MKB-RLM

                 Plaintiffs,     STIPULATION OF DISMISSAL (FRCP 41(A))
                                                                    AND ORDER OF DISMISSAL
    v.


JETBLUE AIRWAYS CORPORATION

                 Defendant.

--------------------------------------------------X


      Plaintiffs Evan Goggin and CG and Defendant, Jetblue Airways Corporation hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action as to these two Plaintiffs against the Defendant herein. Each party will bear that party's own attorney's fees and costs.

Dated: December 3, 2021

                                                 ROGER V. ARCHIBALD, PLLC


                                                 /s/ Roger V. Archibald
                                                 ---------------------------------------------
                                                 By: Roger V. Archibald, Esq.
                                                 Attorneys for Plaintiffs,
                                                 Evan Goggin and CG



                                                 Leader Berkon Colao & Silverstein


                                                 /s/ Arthur I. Willner
                                                 -----------------------------------------------
                                                 By: Arthur I. Willner, Esq
                                                 Attorneys for Defendant,
                                                 Jetblue Airways Corporation

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS ORDERED THAT THE ACTION ON BEHALF OF THE NAMED PLAINTIFFS EVAN GOGGIN AND CG IS DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file as to the two named plaintiffs. Accordingly, the only Plaintiff left in this case is Julie Goggin.

Dated: December 3, 2021

_____
Hon. Margo K. Brodie
United States District Judge