


550 S. Hope Street, Suite 1850, Los Angeles, CA 90071
tel 213.234.1750  fax 213.234.1747  leaderberkon.com

May 4, 2022

Hon. Margo K. Brodie
United State District Judge for the Eastern
District of New York
225 Cadman Plaza East
Brooklyn, New York 11202

    Re:    *Julie Goggin, et al. v. JetBlue Airways Corporation*
             Case No. 20-cv-6188 (MKB)

Dear Judge Brodie:

We represent defendant JetBlue Airways Corporation in the captioned matter. On April 26, 2022, in response to the parties' request for a Pre-Motion Conference on JetBlue's anticipated Motion for Summary Judgment (which the Court denied), the Court directed the parties to confer and submit a proposed briefing schedule for this motion. The parties have met and conferred and propose the following briefing schedule:

    Defendant's Opening Brief:    June 10, 2022

    Plaintiff's Opposition Brief:    July 15, 2022

    Defendant's Reply Brief:    July 29, 2022

We look forward to hearing from the Court if it wishes to change this briefing schedule or to schedule a hearing on this motion.

                                              Respectfully submitted,

                                              */s/ Arthur I. Willner*

                                              ARTHUR I. WILLNER

                                              Counsel for Defendant JETBLUE AIRWAYS CORPORATION