Clerk's Office
Filed Date: 1/20/2023

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

JULIE GOGGIN, EEVAN GOGGIN AND CG,   Case No.:1:20-cv6188-MKB-RLM

              Plaintiff,   STIPULATION OF DISMISSAL(FRCP 41(A))
                                       AND ORDER OF DISMISSAL

v.

JETBLUE AIRWAYS CORPORATION

             -Defendants-

-----------------------------------------------------------x

    Plaintiffs Julie Goggin and Defendant, Jetblue Airways Corporation hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action as to Plaintiffs against the Defendant herein. Each party will bear that party's own attorney's fees and costs.

Dated: January 9, 2023.

                                                           ROGER V. ARCHIBALD, PLLC

                                                           /s/ Roger V. Archibald

                                                           ---------------------------------------------

                                                           By: Roger V. Archibald, Esq.
                                                           Attorneys for Plaintiff,
                                                           Julie Goggin

                                                           Leader Berkon  Colao & Silverstein

                                                           /s/Arthur I. Willner

                                                           ---------------------------------------------

                                                           By: Arthur I. Willner, Esq.
                                                           Attorneys for Defendant,
                                                           JetBlue Airways Corporation

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS ORDERED THAT THE ACTION ON BEHALF OF THE NAMED PLAINTIFF JULIE GOGGIN IS DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the files as to all plaintiffs.

Dated: January 9, 2023.

                                                                       SO ORDERED:
                                                                       s/ MKB 1/19/2023

                                                                       HON. MARGO K. BRODIE
                                                                       United States District Judge.